UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>  -against-<br><br>JAMES DOLAN, ET AL.,<br><br>        Defendants. | 23cv10531 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the October 18, 2024, order, this action is dismissed. By order dated July 2, 2024, the Court directed Plaintiff, within thirty days, to resubmit the signature page of the complaint with an original signature. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not submitted the signed signature page. Accordingly, the complaint is dismissed without prejudice. See Fed. R. Civ. P. 11(a). In the same July 2, 2024 order, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed in forma pauperis ("IFP application") or pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application or paid the fees. Accordingly, the complaint is dismissed without prejudice for that reason also. See 28 U.S.C. §§ 1914, 1915. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). SO ORDERED.

Dated: October 24, 2024
     New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
               Chief United States District Judge